■ In the Matter of BRADY J.C. and Another, Infants. MONROE COUNTY DEPARTMENT OF HUMAN SERVICES, Respondent; DAMARIS F.R., Appellant. [48 NYS3d 903]—Appeal from an order of the Family Court, Monroe County (Joseph G. Nesser, J.), entered November 4, 2015 in a proceeding pursuant to Social Services Law § 384-b. The order, among other things, transferred the guardianship and custody of the subject children to petitioner.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated at Family Court. Present—Centra, J.P., Carni, Lindley, Curran and Troutman, JJ.

■ SUE STOYELL, as Trustee of STOYELL LIVING TRUST, Respondent, v LISA F. BRESEE, Appellant. [48 NYS3d 903]—Appeal from an order of the Cayuga County Court (Thomas G. Leone, J.), entered April 29, 2016. The order affirmed a judgment of the Town of Sempronius Justice Court entered on July 8, 2015.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Carni, Lindley, Curran and Troutman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. VALARAE GREEN, Appellant, v THOMAS J. STICHT, Superintendent, Gowanda Correctional Facility, et al., Respondents. [48 NYS3d 904]—Appeal from a judgment (denominated order) of the Supreme Court, Erie County (Christopher J. Burns, J.), entered July 8, 2015. The judgment, among other things, dismissed the petitions.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court (*see also People ex rel. Green v Annucci*, 133 AD3d 1367, 1368 [2015]). Present—Whalen, P.J., Lindley, NeMoyer, Curran and Troutman, JJ.